# United States Court of Appeals
### For the Eighth Circuit

_____

No. 17-2707

_____

United States of America

*Plaintiff - Appellee*

v.

Julian Mix-Perez

*Defendant - Appellant*

_____

Appeal from United States District Court
for the District of Nebraska - Omaha

_____

Submitted: April 16, 2018
Filed: April 30, 2018
[Unpublished]

_____

Before GRUENDER, MURPHY, and BENTON, Circuit Judges.

_____

PER CURIAM.

Julian Mix-Perez directly appeals the sentence the district court[1] imposed after he pleaded guilty, pursuant to a plea agreement containing an appeal waiver, to drug trafficking and using interstate facilities to promote unlawful activity. Mix-Perez's counsel has moved to withdraw, and has filed a brief under Anders v. California, 386 U.S. 738 (1967), arguing that the sentence was substantively unreasonable.

Upon careful review, we conclude that the appeal waiver is valid, applicable, and enforceable. See United States v. Scott, 627 F.3d 702, 704 (8th Cir. 2010) (de novo review of validity and applicability of appeal waiver); United States v. Andis, 333 F.3d 886, 889-92 (8th Cir. 2003) (en banc) (appeal waiver will be enforced if appeal falls within scope of waiver, defendant knowingly and voluntarily entered into plea agreement and waiver, and enforcing waiver would not result in miscarriage of justice). Having independently reviewed the record under Penson v. Ohio, 488 U.S. 75 (1988), we find no nonfrivolous issues for appeal falling outside the scope of the appeal waiver.

Accordingly, we grant counsel's motion to withdraw, and we dismiss this appeal.

_____

[1]The Honorable John M. Gerrard, United States District Judge for the District of Nebraska.